UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CLIFTON R. HARDY, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 4:16-CV-37-FL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed an objection.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted. The final decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on September 27, 2017, and Copies To:**

Richard L. Cannon, III (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)


September 27, 2017               PETER A. MOORE, JR., CLERK
                                  /s/ Susan W. Tripp
                                 (By) Susan W. Tripp, Deputy Clerk